FILED
IN OPEN COURT

FEB 2 6 2013

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:13cr89 |
| | ) | |
| v. | ) | Counts 1-4: 18 U.S.C. § 2251(a) |
| | ) | Production of Child Pornography |
| ALEX ERNESTO CALDERON VELASQUEZ, | ) | |
| | ) | Count 5: 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | ) | Possession of Child Pornography |
| | ) | |
| | ) | Forfeiture Count: 18 U.S.C. § 2253 |

# INDICTMENT

FEBRUARY 2013 TERM – at Alexandria, Virginia

## COUNTS ONE THROUGH FOUR

(Production of Child Pornography)

THE GRAND JURY CHARGES THAT:

On or about each of the following dates, each date constituting a separate count, in the Eastern District of Virginia and elsewhere, the defendant, ALEX ERNESTO CALDERON VELASQUEZ, did knowingly employ, use, persuade, induce, entice, and coerce any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transmitted using any means and facility of interstate and foreign commerce.

| Count | Approximate Date | Description |
|---|---|---|
| 1 | 9/10/12 | A video depicting masturbation and the lascivious exhibition of Minor A's genitals and pubic area. |
| 2 | 9/11/12 | A video depicting masturbation and the lascivious exhibition of Minor A's genitals and pubic area. |
| 3 | 9/14/12 | A video depicting masturbation and the lascivious exhibition of Minor A's genitals and pubic area. |
| 4 | 9/15/12 | A video depicting masturbation and the lascivious exhibition of Minor A's genitals and pubic area. |

(All in violation of Title 18, United States Code, Sections 2251(a))

## COUNT FIVE

(Possession of Child Pornography)

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 8, 2012, within the Eastern District of Virginia, the defendant, ALEX ERNESTO CALDERON VELASQUEZ, knowingly possessed more than one visual depiction of a minor engaging in sexually explicit conduct that had been shipped and transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; to wit: videos and photographs of female minors engaged in sexually-explicit conduct including masturbation and the lascivious exhibition of genitals and pubic area.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B))

## FORFEITURE COUNT

Upon a conviction for violating any of 18 U.S.C. §§ 2251(a) and 2252(a)(4)(B) the defendant ALEX ERNESTO CALDERON VELASQUEZ shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the above violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including by not limited to the following:

(a) An HP desktop, S/N MXX14601M1, containing a Hitachi 1TB HDS721010CLA632 hard drive, S/N JP2940J834489V;

(b) A Western Digital 500GB WD5000AAVS hard drive, S/N WCAV92630212;

(c) A Western Digital 40GB WD300 hard drive, S/N WMA6R4122784;

(d) An HP Dv6t -6b00 laptop, S/N 2CE1482552, containing a Hitachi 720GB HTS547575A9E384 hard drive, S/N 111124J2190054D1BAYD;

(e) A Western Digital 2TB external hard disk drive, S/N WCAVY2315319.

(Title 18, United States Code, Section 2253(a))

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson of the Grand Jury

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

_____
By: Alexander T.H. Nguyen
Assistant United States Attorney